# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 16, 2020

## NO. 03-19-00420-CV

**In re Commitment of David Delacruz**

**APPEAL FROM THE 21ST DISTRICT COURT OF BASTROP COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND KELLY**
**AFFIRMED -- OPINION BY JUSTICE KELLY**

This is an appeal from the judgment and order of commitment signed by the trial court on March 21, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment and order. Therefore, the Court affirms the trial court's judgment and order of commitment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.